**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL JAMES HICKS,<br>Plaintiff,<br>v.<br>J. SCHULTZ, et al.,<br>Defendants. | No. 2:26-CV-1673-DC-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to file a First Amended Complaint. ECF No. 21. Plaintiff requests to file a First Amended Complaint to add clarity to the complaint, plead additional facts, and add two defendants. Id.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2). Because no response to the original complaint has been filed, Plaintiff may amend as-as-right under Rule 15(a)(1)(A). Plaintiff's motion for leave to amend is denied as unnecessary. A subsequent order will address the sufficiency of the First Amended Complaint.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to file a First Amended Complaint is DENIED as unnecessary.

2. This action shall proceed upon Plaintiff's First Amended Complaint, ECF No. 22.

3. Defendants need not respond to the original complaint.

4. The sufficiency of the first amended complaint will be addressed by separate order.

Dated: October 9, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE